IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WENDELL STUART,

     Petitioner,                  No. CIV S-03-0128 MCE JFM P

  vs.

T. CAREY, Warden, et al.,

     Respondents.          <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding through counsel with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner challenges a decision of a panel of the California Board of Prison Terms (Board) to deny him a parole date. This matter is before the court on respondents' motion to dismiss.

        Respondents contend that petitioner has no federally protected liberty interest in parole under California law and, therefore, that this court lacks subject matter jurisdiction. To support that contention, respondent relies on an order of the district court in <u>Sass v. California Board of Prison Terms</u>, 376 F.Supp.2d 975 (E.D.Cal. 2005). The <u>Sass</u> case is set for oral argument in the United States Court of Appeals for the Ninth Circuit on March 16, 2006. Good cause appearing, respondents' motion will be denied without prejudice to its renewal, as appropriate, not later than thirty days after any decision by the court of appeals in <u>Sass</u>.

1       In accordance with the above, IT IS HEREBY ORDERED that respondents'
August 8, 2005 motion to dismiss is denied without prejudice.

DATED: February 21, 2006.

                                                    UNITED STATES MAGISTRATE JUDGE

12
stua0128.mtd