IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDELL STUART, | No. 2:03-cv-00128-MCE-JFM (HC) |
|     Petitioner, | |
|  vs. | ORDER |
| T. CAREY, Warden, et al., | |
|     Respondents. | |
| _____/ | |

      This matter has been remanded to this court from the United States Court of Appeals for the Ninth Circuit for the limited purpose of granting or denying a certificate of appealability.  See 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

      A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).  The certificate of appealability must "indicate which specific issue or issues satisfy" the requirement.  28 U.S.C. § 2253(c)(3).

///

///

///

1   A certificate of appealability should be granted for any issue that petitioner can
2 demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different
3 court, or is "'adequate to deserve encouragement to proceed further.'" Jennings v. Woodford,
4 290 F.3d 1006, 1010 (9th Cir. 2002) (quoting Barefoot v. Estelle, 463 U.S. 880, 893 (1983)).[1]
5   Petitioner has made a substantial showing of the denial of a constitutional right in
6 the following issue presented in the instant petition:  Whether petitioner's right to due process
7 was violated by the California Board of Prison Terms' June 26, 2001 decision to deny him a
8 parole date.
9   Accordingly, IT IS HEREBY ORDERED that a certificate of appealability is
10 issued in the present action.

Dated: August 27, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Except for the requirement that appealable issues be specifically identified, the standard for issuance of a certificate of appealability is the same as the standard that applied to issuance of a certificate of probable cause.  Jennings, at 1010.